JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HARRIS,

        Plaintiff,

v.

AMERICAN HILL LLC, ET AL.,

        Defendant.

Case No. 2:25-cv-00998-AJR

**JUDGMENT**

    Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgement,

    IT IS HEREBY ADJUDGED that Plaintiff MICHAEL HARRIS shall have JUDGMENT in Plaintiff's favor in the amount of $2,875.00 as a costs-and-fees award, as well as $4,000.00 in statutory damages, for a total of $6,875.00, against Defendant AMERICAN HILL LLC.

    Additionally, Defendant AMERICAN HILL LLC, is ordered to provide an accessible parking space at the property located at or about 817 W. Foothill Blvd.,

Claremont, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: June 16, 2025

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE